STATE OF NEW JERSEY v. JACOB ZLOTKIN.

June 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MELE.

June 12, 1984.

Petition for certification denied.

ELIZABETH CENTER APARTMENTS v. THE CITY COUNCIL OF THE CITY OF ELIZABETH.

June 12, 1984.

Petition for certification denied.

IN THE MATTER OF KENNETH GREEN v. NEW JERSEY CIVIL SERVICE COMMISSION.

June 12, 1984.

Petition for certification denied.